**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00993-CV
_____

## IN RE PATRICIA ANN POTTS AND MINOR A.M.W. (A CHILD), Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-74161[1]**

## MEMORANDUM OPINION

---

[1] Relator was adjudged a vexatious litigant in Cause No. 2009-74161 by the Honorable Mike Miller, presiding judge of the 11th District Court of Harris County. Judge Miller's judgment prohibits relator from filing, *in propria persona*, any new litigation in this state without the permission of a local administrative judge. This original proceeding stems from relator's request to obtain such permission to file a new litigation for which a separate cause number has not been assigned.

On November 13, 2013, relator Patricia Ann Potts, individually and as next friend of her minor child, A.M.W., filed an amended petition for writ of mandamus. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the local administrative judge of Harris County to vacate an order denying relator permission as a vexatious litigant to file new litigation against real party in interest Affiliated Computer Services, Inc.

The record before this Court does not establish that the local administrative judge of Harris County, the Honorable Robert Schaffer, abused his discretion in denying relator permission to file the proposed litigation. Relator has not satisfied her burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

Relator's motion to reinstate this original proceeding is denied as moot.


PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.

2